UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARY I. BARNES and JEANNE A. BARNES, as husband and wife, and individually, and on behalf of others similarly situated,

    Plaintiffs,

v.        CASE NO. 3:15cv426-MCR/CJK

VOLKSWAGEN GROUP OF AMERICA, INC. and VOLKSWAGEN AG,

    Defendant.
_____/

## ORDER

Pending before the Court is the Plaintiffs' Motion for Preservation Order Regarding the Preservation of Documents and Electronically Stored Information, ECF No. 18, which is opposed. Before the Court rules on this matter, the Defendants shall be required to file an *expedited* written response to the motion. Accordingly, the Defendants' written response to the motion is due on or before the close of business on Monday, November 9, 2015.

**DONE AND ORDERED on this 4th day of November, 2015.**

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE