UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GARY I. BARNES and JEANNE A.
BARNES as husband and wife and
individually, and on behalf of all others
similarly situated,

      Plaintiffs,

vs.                              CASE NO.:  3:15-cv-00426-MCR-CJK

VOLKSWAGEN GROUP OF AMERICA,
INC., and VOLKSWAGEN AG,

      Defendant.
_____/

**DEFENDANT, VOLKSWAGEN GROUP OF AMERICA, INC.
UNCONTESTED MOTION AND COMBINED
MEMORANDUM TO FILE REPLY MEMORANDUM**

      The Defendant, VOLKSWAGEN GROUP OF AMERICA, INC. (hereafter "VWGoA"), hereby files this uncontested Motion for Leave to Reply to Plaintiffs' Response Opposition (DE 20) to Defendants' Motion to Stay these proceedings pending the rulings of the JPML who is having a hearing on December 3, 2015 to determine where the diesel emission cases will be transferred for purposes of an overall MDL.

      This uncontested Motion is being filed pursuant to N.D.L.R. 7.1(C)(2).  "Good cause exists for the filing of this Reply Memorandum by VWGoA to Plaintiffs' Opposition Memorandum to the Motion to Stay on the grounds that this Defendant believes that Opposition Motion did not in any way address the merits of the Motion to Stay filed by VWGoA.

      It is represented to the Court that the Reply Memorandum will be no more than five (5) pages, and that it will be filed within five (5) business days from the date of the Court's Order granting leave to file a Reply Memorandum.

**Certification**

Counsel for VWGoA contacted Mr. Neil Overholtz about an agreement to file a Reply Brief to his Opposition Memorandum to the Motion to Stay. Mr. Overholtz stated he had no objection.

WHEREFORE, the Defendant, VWGoA, hereby requests the Court to grant leave to file a five (5) page Reply Memorandum to Plaintiffs' Opposition Memorandum to the Motion to Stay filed by VWGoA, and that said Reply Memorandum will be filed within five (5) business days of the Court's Order allowing such Reply Memorandum.

    Respectfully submitted,

/s/ *Larry M. Roth*
LARRY M. ROTH, ESQUIRE
Florida Bar No. 0208116
E-mail:  lroth@rumberger.com
Secondary email:
docketingorlando@rumberger.com;
lrothsecy@rumberger.com
MICHAEL D. BEGEY, ESQUIRE
E-mail:  mbegey@rumberger.com
Secondary email:  mbegeysecy@rumberger.com
Florida Bar No. 0120928
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

JEFFREY L. CHASE, ESQUIRE
jchase@herzfeld-rubin.com
*Pro Hac Vice* Motion to be Filed If Necessary
MICHAEL B. GALLUB, ESQUIRE
mgallub@herzfeld-rubin.com
*Pro Hac Vice* Motion to be Filed If Necessary
HERZFELD & RUBIN, P.C.
125 Broad Street
New York, New York 10004
Telephone:   (212) 471-8500
Telecopier:   (212) 344-3333

Attorneys for Defendant,
VOLKSWAGEN GROUP of AMERICA, INC.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on November 5, 2015, on all counsel or parties of record on the Service List below.

/s/ *Larry M. Roth*
LARRY M. ROTH, ESQUIRE
Florida Bar No. 0208116
E-mail:  lroth@rumberger.com
Secondary email:
docketingorlando@rumberger.com;
lrothsecy@rumberger.com
MICHAEL D. BEGEY, ESQUIRE
E-mail:  mbegey@rumberger.com
Secondary email:  mbegeysecy@rumberger.com
Florida Bar No. 0120928
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

3

JEFFREY L. CHASE, ESQUIRE
jchase@herzfeld-rubin.com
*Pro Hac Vice* Motion to be Filed If Necessary
MICHAEL B. GALLUB, ESQUIRE
mgallub@herzfeld-rubin.com
*Pro Hac Vice* Motion to be Filed If Necessary
HERZFELD & RUBIN, P.C.
125 Broad Street
New York, New York 10004
Telephone:    (212) 471-8500
Telecopier:    (212) 344-3333

Attorneys for Defendant,
VOLKSWAGEN GROUP of AMERICA, INC.

**SERVICE LIST**

Neil D. Overholtz, Lead Trial Counsel
noverholtz@awkolaw.com
pbarr@awkolaw.com
sgeisler@awkolaw.com
Bryan F. Aylstock
baylstock@awkolaw.com
Justin G. Witkin
jwitkin@awkolaw.com
Douglass A. Kreis
dkreis@awkolaw.com
Stephen H. Echsner
sechsner@awkolaw.com
E. Samuel Geisler
sgeisler@akolaw.com
AYLSTOCK WITKIN
  KREIS & OVERHOLTZ
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone:  (850) 202-1010
Facsimile:  (850) 916-7449
Attorneys for Plaintiffs

8458095.1