UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GARY I. BARNES and JEANNE A. BARNES as husband and wife and individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., and VOLKSWAGEN AG.<br><br>          Defendants. | No. 3:15-cv-00426<br><br>Hon. Casey Rodgers<br><br>CLASS ACTION |

**PLAINTIFFS' UNCONTESTED MOTION AND COMBINED MEMORANDUM TO FILE REPLY MEMORANDUM**

Plaintiffs, GARY I. BARNES and JEANNE A. BARNES, by and through their attorneys, hereby file this uncontested Motion for Leave to File Reply Memorandum responsive to Volkswagen Group of American, Inc.'s ("VWGA") Response Opposition (DE 28) to Plaintiffs' Motion for Preservation Order, and state as follows:

The uncontested Motion is being filed pursuant to N.D.L.R. 7.1(c)(2), as good cause exists for the filing of this Reply Memorandum to VWGA's Response in Opposition to Plaintiffs' Motion for Preservation Order (DE 18) on the grounds that Plaintiffs' believe VWGA's reliance on *Robinson v. Gielow* as authority is misplaced. Further, Plaintiffs wish to address several Motions for Preservation Order discussed in VWGA's Opposition which are now

pending before the United States District Courts for the Eastern District of Michigan, District of New Jersey, and the Eastern District of Virginia as well as the Preservation Order entered in the Southern District of New York before Judge Castel to which VWGA has moved to vacate.

Plaintiffs' Reply Memorandum will be not more than five pages and will be filed immediately upon this Court's Order granting leave to file a Reply Memorandum. Accordingly, Plaintiffs have attached their Reply in final form to this Motion as Exhibit A.

## CERTIFICATION

Counsel for Plaintiffs contacted Larry M. Roth about an agreement to file a Reply Brief to his Opposition Memorandum to the Motion for Protective Order. Mr. Roth stated he had no objection.

WHEREFORE, the Plaintiffs hereby respectfully requests this Court to grant leave to file a five (5) page Reply Memorandum to VWGA's Opposition Memorandum to the Motion for Preservation Order filed by Plaintiffs and that said Reply Memorandum will be filed immediately upon the Court's Order allowing such Reply Memorandum.

Dated: November 11, 2015

Respectfully Submitted,

*/s/ Bryan F. Aylstock*

Bryan F. Aylstock (FBN 78263)
Email: baylstock@awkolaw.com
Neil D. Overholtz (FBN 188761)
Email: noverholtz@awkolaw.com
Stephen H. Echsner (FBN 304719)
Email: sechsner@awkolaw.com

E. Samuel Geisler (FBN 83817)
Email: sgeisler@awkolaw.com
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street.
Suite 200
Pensacola, Florida 32502
Tel: 850-202-1010
Fax: 850-916-7449

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronically filing with the Clerk of Court using CM/ECF on November 11, 2015, on all counsel or parities of record on the Service List below.

Michael D. Begey
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave Ste 1400
PO Box 1873
Orlando, FL 32802-1873
407/872-7300
407/841-2133 (fax)
mbegey@rumberger.com
**ATTORNEY FOR VOLKSWAGEN GROUP OF AMERICA, INC.**

Larry Martin Roth
Rumberger, Kirk & Caldwell, PA
300 S Orange Ave Ste 1400
PO Box 1873
Orlando, FL 32802-1873
407/872-7300
407/841-2133 (fax)
lroth@rumberger.com
**ATTORNEY FOR VOLKSWAGEN GROUP OF AMERICA, INC.**